| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____   Chapter  11 |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | 11824 Ocean Park Partners LLC |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 83-4470450 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**<br><br>11824 Ocean Park Blvd.<br>Los Angeles, CA 90064-2709<br><sub>Number, Street, City, State & ZIP Code</sub><br><br>Los Angeles<br><sub>County</sub> | **Mailing address, if different from principal place of business**<br><br>1048 Irvine Ave. #1550<br>Newport Beach, CA 92660<br><sub>P.O. Box, Number, Street, City, State & ZIP Code</sub><br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br><sub>Number, Street, City, State & ZIP Code</sub> |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **11824 Ocean Park Partners LLC**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☑ No
- ☐ Yes.

Debtor  __11824 Ocean Park Partners LLC_____  Case number (*if known*)_____
         Name

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

| | |
|---|---|
| **11.** **Why is the case filed in *this district*?** | *Check all that apply:* <br> ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br> **Why does the property need immediate attention?** (*Check all that apply.*) <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br> What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?** _____ <br>      Number, Street, City, State & ZIP Code <br> **Is the property insured?** <br> ☐ No <br> ☐ Yes. Insurance agency _____ <br>        Contact name _____ <br>        Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13.** **Debtor's estimation of available funds** | *Check one:* <br> ☑ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** **Estimated number of creditors** | ☑ 1-49            ☐ 1,000-5,000       ☐ 25,001-50,000 <br> ☐ 50-99          ☐ 5001-10,000      ☐ 50,001-100,000 <br> ☐ 100-199       ☐ 10,001-25,000    ☐ More than 100,000 <br> ☐ 200-999 |
| **15.** **Estimated Assets** | ☐ $0 - $50,000               ☑ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion <br> ☐ $50,001 - $100,000       ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion <br> ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion <br> ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million   ☐ More than $50 billion |
| **16.** **Estimated liabilities** | ☐ $0 - $50,000               ☑ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion <br> ☐ $50,001 - $100,000       ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion <br> ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion <br> ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million   ☐ More than $50 billion |

Debtor  11824 Ocean Park Partners LLC _____   Case number (*if known*) _____
        Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   October 3, 2023
              MM / DD / YYYY

X  _____/s/ (signed) President_____    Ronald L. Meer
   Signature of authorized representative of debtor    Printed name

Title    President of Bear Capital Partners, Inc.,
         the Managing Member of Ocean Park Manager, LLC,
         the Managing Member of the Debtor

**18. Signature of attorney**

X  /s/ Matthew D. Resnik                    Date  October 3, 2023
   Signature of attorney for debtor               MM / DD / YYYY

Matthew D. Resnik
Printed name

RHM LAW, LLP.
Firm name

17609 Ventura Blvd.
Ste 314
Encino, CA 91316
Number, Street, City, State & ZIP Code

Contact phone  (818) 285-0100    Email address  matt@rhmfirm.com

(SBN 182562) CA
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | 11824 Ocean Park Partners LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DWP<br>PO BOX 51111<br>Los Angeles, CA 90051 | | | | | | $15,000.00 |
| Mike Drake Construction<br>515 Calera Ave.<br>Glendora, CA 91741 | | Construction work | | | | $37,000.00 |
| Vesa Commercial Inc<br>PO Box 65645<br>Los Angeles, CA 90065 | | Property managment | | | | $5,000.00 |

## United States Bankruptcy Court
### Central District of California

In re  11824 Ocean Park Partners LLC

Debtor(s)

Case No. _____
Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Bear Capital Partners, Inc.<br>1948 Irvine Ave. #1550<br>Newport Beach, CA 92660 | Class A | | 100% |
| Bronzetree Terraces, LLC<br>19300 S Hamilton Ave., Ste. 210<br>Gardena, CA 90248 | Class B-1 | | 100% |
| Marshall Cox, TTEE<br>The Cox Family Trust 2012<br>5585 E. Vesuvian Way<br>Long Beach, CA 90803 | Class B-2 | | 100% |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the ___ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  October 3, 2023

Signature _____ President

Ronald L. Meer, President of Bear Capital Partners, Inc.,
the Managing Member of Ocean Park Manager, LLC,
the Managing Member of the Debtor

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Newport Beach  , California.

Date:  October 3, 2023

Ronald L. Meer, President of Bear Capital Partners, Inc.,
the Managing Member of Ocean Park Manager, LLC,
the Managing Member of the Debtor
Signature of Debtor 1

Signature of Debtor 2

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>Matthew D. Resnik<br>17609 Ventura Blvd.<br>Ste 314<br>Encino, CA 91316<br>(818) 285-0100 Fax: (818) 855-7013<br>California State Bar Number: (SBN 182562) CA<br>matt@rhmfirm.com | FOR COURT USE ONLY |
|---|---|
| ☑ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>11824 Ocean Park Partners LLC<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    11<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, Ronald L. Meer                                          , the undersigned in the above-captioned case, hereby declare
    *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

___

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                                F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:
   - [✓] I am the president or other officer or an authorized agent of the Debtor corporation
   - [ ] I am a party to an adversary proceeding
   - [ ] I am a party to a contested matter
   - [ ] I am the attorney for the Debtor corporation

2.a.   [✓] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   See Addendum

   b.   [ ] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

October 3, 2023
Date

By: _____ /s/ President
Signature of Debtor, or attorney for Debtor

Name:   Ronald L. Meer, President of Bear Capital Partners, Inc.,
the Managing Member of Ocean Park Manager, LLC,
the Managing Member of the Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

F 1007-4.CORP.OWNERSHIP.STMT

# Addendum to Corporate Ownership Statement Pursuant to
# F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

| |
|---|
| Bear Capital Partners, Inc.<br>1948 Irvine Ave. #1550<br>Newport Beach, CA 92660 |
| Bronzetree Terraces, LLC<br>19300 S Hamilton Ave., Ste. 210<br>Gardena, CA 90248 |
| Marshall Cox, TTEE<br>The Cox Family Trust 2012<br>5585 E. Vesuvian Way<br>Long Beach, CA 90803 |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                    F 1007-4.CORP.OWNERSHIP.STMT

UNANIMOUS WRITTEN CONSENT OF

THE MANAGING MEMBER

11824 OCEAN PARK PARTNERS, LLC (the "LLC")

DATED: OCTOBER 2, 2023

Pursuant to §307(b) of the California Corporations Code and the operating agreement of the LLC, the undersigned, Ocean Park Manager, LLC, being the sole "Managing Member" of the LLC, and in lieu of a meeting, hereby unanimously adopts the following recitals and resolutions:

WHEREAS, the Managing Member has determined that the LLC needs to take advantage of the benefits of Chapter 11 of the Bankruptcy Code to reorganize the debt structure of the LLC; and,

THEREFORE IT IS RESOLVED, that the LLC is authorized to file a Voluntary Petition under Chapter 11 of the Bankruptcy Code and attempt to reorganize thereunder; and,

IT IS FURTHER RESOLVED, that the Managing Member, is hereby authorized and instructed to take whatever actions it deems appropriate to file the Chapter 11 petition and see the case to complete reorganization.

_____
Ronald L. Meer, President of Bear Capital Partners, Inc.,
the Managing Member of Ocean Park Manager, LLC,
the Managing Member of 11824 Ocean Park Partners, LLC

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  11824 Ocean Park Partners LLC  
　　　　　　　　　　　　　Debtor(s)

Case No.  
Chapter  11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ■ **FLAT FEE**

   　　For legal services, I have agreed to accept　　　　　　　　　　　　　$　　　23,262.00  
   　　Prior to the filing of this statement I have received　　　　　　　$　　　23,262.00  
   　　Balance Due　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　　　　0.00

   ☐ **RETAINER**

   　　For legal services, I have agreed to accept and received a retainer of　$  
   　　The undersigned shall bill against the retainer at an hourly rate of　　$  
   　　[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. $ 1,738.00 of the filing fee has been paid.

3. The source of the compensation paid to me was:

   　☐ Debtor　　■ Other (specify):　Ronald L Meer

4. The source of compensation to be paid to me is:

   　■ Debtor　　☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re   11824 Ocean Park Partners LLC                         Case No.
                       Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| October 3, 2023 | /s/ Matthew D. Resnik |
| *Date* | Matthew D. Resnik |
| | *Signature of Attorney* |
| | RHM LAW, LLP. |
| | 17609 Ventura Blvd. |
| | Ste 314 |
| | Encino, CA 91316 |
| | (818) 285-0100   Fax: (818) 855-7013 |
| | matt@rhmfirm.com |
| | *Name of law firm* |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Matthew D. Resnik<br>17609 Ventura Blvd.<br>Ste 314<br>Encino, CA 91316<br>(818) 285-0100 Fax: (818) 855-7013<br>California State Bar Number: (SBN 182562) CA<br>matt@rhmfirm.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>11824 Ocean Park Partners LLC<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: October 3, 2023

Ronald L. Meer, President of Bear Capital Partners, Inc.,
the Managing Member of Ocean Park Manager, LLC,
the Managing Member of the Debtor

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                    F 1007-1.MAILING.LIST.VERIFICATION

```
11824 Ocean Park Partners LLC
1048 Irvine Ave. #1550
Newport Beach, CA 92660


Matthew D. Resnik
RHM LAW, LLP.
17609 Ventura Blvd.
Ste 314
Encino, CA 91316


CalCap Income Fund I, LLC
65 N. Cataline Ave.
Pasadena, CA 91106


California Dept. of Tax and Fee
Special Procedures Section MIC: 29
P.O. Box 942879
Sacramento, CA 94279


DWP
PO BOX 51111
Los Angeles, CA 90051


Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280


FCI Lender Services
P O Box 27370
Anaheim, CA 92809


Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952
```

```
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110


Mike Drake Construction
515 Calera Ave.
Glendora, CA 91741


Vesa Commercial Inc
PO Box 65645
Los Angeles, CA 90065
```